# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Emergency Warrant for Offender Under Supervision

This petition is made now to advise the court of criminal activity (or other circumstances) in violation of the terms of supervised release and requiring emergency action. The petition will be amended to include full case status and information within two business days.

| | | | |
|---|---|---|---|
| Name of Offender: | AUGUSTINE PEREZ | Case Number: | 90CR00112-01-L (WDVA)<br>1:20CR83 (MDNC) |

Name of Sentencing Judicial Officer:   The Honorable James C. Turk

Date of Original Sentence:   March 15, 1991

Original Offense:   Count One: Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine in violation of 21 U.S.C. § 846.

Count Two: Continuing a Criminal Enterprise in violation of 21 U.S.C. § 848.

Counts Three, Twelve, & Seventeen: Possess with Intent to Distribute Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii).

Counts Four, Nine, Ten, and Sixteen: Distribution of Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

Count Seven and twenty: Possess with Intent to Distribute Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)

Count Eight: Possess with Intent to Distribute Cocaine on Public School Property in violation of 21 U.S.C. §§§ 831(a)(1) and 841(b)(1)(A)(ii) and 845(a)

Count Eleven: Distribution of Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)

Count Fourteen: Distribution of Crack Cocaine in violation of 21 U.S.C. §§§ 841(a)(1) and 841(b)(1)(C), and 841(b)(iii)

Count Twenty-One: Carry Firearm During Drug Transaction in violation of 18 U.S.C. § 924(c)(1)

Original Sentence:   On February 27, 2020: Jurisdiction was transferred from the Western District of Virginia by the Honorable Michael F. Urbanski to the Middle District of North Carolina accepted by the Honorable Thomas D. Schroeder.

Type of Supervision:   Supervised Release        Date Supervision Commenced: August 29, 2014
                                                                                  Date Supervision Expires: August 28, 2024

Assistant U.S. Attorney: Ray B. Fitzgerald, Jr.                Defense Attorney: Jonathan Apgar

## PETITIONING THE COURT

[X] To issue a warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

[ ] To issue a summons

The probation officer believes that Mr. Perez has violated the following condition(s) of supervision:

**Violation 1 - The defendant shall not possess a firearm or destructive device.**

On January 4, 2020, during the execution of a search warrant at 140 Teal Drive, Reidsville, NC, the Rockingham County Sheriff's Office found Mr. Perez to be in possession of a Bersa .380 Pistol, a .357 Revolver and a 9mm pistol. Mr. Perez was charged with Felony Possession of a Firearm by Felon in Rockingham County case number 21CR050035. His first appearance is scheduled for January 5, 2021.

**Violation 2 – The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.**

On January 4, 2020, during the execution of a search warrant at 140 Teal Drive, Reidsville, NC, the Rockingham County Sheriff's Office found Mr. Perez to be in possession of Heroin and Cocaine. Mr. Perez was subsequently charged with Possession with Intent to Manufacture Sell and Deliver Heroin in Rockingham County case number 21CR050035 and Felony Possession of Cocaine in Rockingham County case number 21CR050035. His first appearance is scheduled for January 5, 2021.

**Violation 3 - The defendant shall not leave the judicial district without the permission of the court or probation officer.**

Mr. Perez left the Middle District of North Carolina on or about February 8, 2020 and traveled to Virginia without the permission of the probation officer. While in Virginia, Mr. Perez was pulled over and received a speeding ticket in Mecklenburg County, VA.

**Violation 4 - The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

Mr. Perez was pulled over by a law enforcement officer in Mecklenburg County, Virginia on February 8, 2020. He received a speeding ticket for going 65 miles per hour in a 55 miles per hour zone. Mr. Perez paid off the ticket the same day and did not report the contact with a law enforcement officer to the U.S. Probation Officer within 72 hours. Mr. Perez did not report the contact at all until questioned about it by the U.S. Probation Officer on October 27, 2020.

**RE: Augustine Perez**
**Violation 5 – The defendant shall notify the probation officer within 72 hours of any change in residence or employment.**

Mr. Perez has filed a supervision report with the U.S. Probation Office on a monthly basis. Every month since April 1, 2019, Mr. Perez has stated that he is living at 721 Lawndale Drive, #11, 2020. The U.S. Probation Officer has attempted to make unannounced contact with Mr. Perez at 721 Lawndale Drive, Reidsville, NC on several occasions. Mr. Perez has not been located at this residence unless given prior directions to be at home. The U.S. Probation Officer has observed Mr. Perez' vehicle at 140 Teal Drive, Reidsville, NC on December 30, 2020 at 17:40, December 11, 2020 at 13:00, December 3, 2020 at 16:53, November 13, 2020 at 13:30, and February 26, 2020 at 07:30.

Mr. Perez reported to the U.S. Probation Office for an office appointment on December 22, 2020 at 10:00. During this appointment, Mr. Perez provided the U.S. Probation Officer with up to date prescriptions. On the prescription bottles, Mr. Perez's address was clearly listed as 140 Teal Drive, Reidsville, NC.

On January 4, 2021 the United States Probation Office conducted a search of 721 Lawndale Drive, Reidsville, NC and 140 Teal Drive, Reidsville, NC. During the search of Mr. Perez' person an active North Carolina driver's license registered to Augustine Perez was found. The address listed on the driver's license was 140 Teal Drive, Reidsville, NC. Inside the residence on Lawndale drive officers located another pill bottle with Augustine Perez's name on it and the 140 Teal Drive, Reidsville, NC address. Subsequent to the search on Lawndale Drive a search of 140 Teal Drive, Reidsville, NC was conducted. During the search, U.S. Probation Officers located documents with Augustine Perez' name on them; mail addressed to Mr. Perez at the 140 Teal Drive, Reidsville, NC address; clothing belonging to Mr. Perez; and prescription bottles with his name on them. Additionally, observed inside the residence were multiple pictures of Mr. Perez.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
    [X] revoked.
    [ ] extended for years, for a total term of years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

Executed on    January 5, 2021

Charles N. Mauney
U.S. Probation Officer

Approved by:

Christopher M. Bersch
Supervisory U.S. Probation Officer

January 5, 2021
Date